IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID PLATTA,

    Plaintiff,

v.

GRAY MEDIA GROUP, INC., *doing business as* WTVM-TV, *also known as* GRAY TELEVISION, INC.,

    Defendant.

CIVIL ACTION FILE NO.

1:23-cv-236-VMC-JKL

## **ORDER**

This matter is presently before the Court on Defendant's partial motion to dismiss Plaintiff's original complaint. [Doc. 8.] Although Defendant's motion is targeted at the allegations and claims asserted in Plaintiff's original complaint, it was also filed just after Plaintiff amended his complaint as a matter of right.[1] Plaintiff's amended complaint supersedes his initial complaint and is now the

---

[1] It appears that Defendant—only making its first appearance in filing the motion to dismiss—had not received service or notification of Plaintiff's amendment, which was filed the night before. [See Docs. 7, 8.]

operative complaint in this action, rendering Defendant's motion to dismiss moot. *See Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007) ("[A]n amended complaint supersedes the initial complaint and becomes the operative pleading in the case."); *Wilmington Sav. Fund Soc'y, FSB v. Good Samaritan Fund, Inc.*, No. 2:15-cv-211-WCO-JCF, 2016 WL 6540456, at *1 (N.D. Ga. Apr. 15, 2016) ("Plaintiff's amended complaint supersedes the original complaint and becomes the operative complaint, thereby rendering Defendant['s] motion to dismiss moot."). Accordingly, Defendant's motion to dismiss is **DEEMED MOOT**, without prejudice to Defendant reasserting the arguments contained in it. [Doc. 4.]

Plaintiff is **DIRECTED** to file proof of service of the amended complaint on Defendant within seven (7) days of the date of this order. Defendant, meanwhile, is **DIRECTED** to answer or otherwise respond to the amended complaint within fourteen (14) days of service.

IT IS SO ORDERED this 28th day of February, 2023.

_____
JOHN K. LARKINS III
United States Magistrate Judge