### IN THE UNITED STATED DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID PLATTA | * | |
| | * | |
| Plaintiff, | * | **Civ. Action File No.** |
| | * | **1:23-CV-00236** |
| | * | |
| v. | * | **JURY TRIAL DEMANDED** |
| | * | |
| GRAY MEDIA GROUP, INC. | * | |
| D/B/A, WTVM-TV, | * | |
| a/k/a GRAY TELEVISION, | * | |
| INC., | * | |
| | * | |
| DEFENDANT | * | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that effective February 7, 2023, I caused the Defendant to be served with process via a process server with Atlanta Legal Services. The Proof of Service showing service by the process server on 2/07/2023 has been filed with the court today, February 28, 2023 (as it was just today received from the process server). I further certify that on Sunday, February 26, 2023, I filed the following with the Clerk of Court using the CM/ECF System:

- **AMENDED COMPLAINT.**

The CM/ECF System automatically sends email notification of such filing to any attorneys of record.  Given the service of process on February 7, 2023, the current attorneys of record for Defendants had the case number and apparently did obtain through the ECF system the Amended Complaint as of February 27, 2023, when they filed Defendant's Partial Motion To Dismiss Plaintiff's <u>Original</u> Complaint. To make certain appropriate counsel have received a copy of the Amended Complaint, and to comply with this court's order of today, February 28, 2023, I hereby certify that this day I am filing this Certificate of Service via the ECF system, which will automatically email a copy to counsel of record who appeared yesterday via their Motion to Dismiss Plaintiff's <u>Original</u> Complaint,  and am also emailing a copy of the Amended Complaint to:

>Natalie N. Turner, Esq.  via natalie.turner@ogletree.com and
>Alexandra L. Milios, Esq. via alexandra.milios@ogletree.com
>Defendant's attorneys with:
>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
>One Ninety One Peachtree Tower
> 191 Peachtree St. NE, Suite 4800
> Atlanta, GA 30303

This 28th day of February 2023.

/s/ Jeanne Bynum Hipes
Jeanne Bynum Hipe*s*
Georgia Bar No. 100575
Counsel for Plaintiff

HIPES LAW LLC
Suite 200
2475 Northwinds Parkway
Alpharetta, GA  30009
(678) 867-7006
(770) 783-5010 (facsimile)
counsel@hipeslaw.com